**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

GENEVA AIKEN,

                Plaintiff,

  -against-

MTA NEW YORK CITY TRANSIT et al.,

                Defendants.

------------------------------------ x

ORDER

18 Civ. 11756 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 26 2020

GEORGE B. DANIELS, District Judge:

    The final pretrial conference scheduled to occur on December 1, 2020 at 9:45 a.m. is hereby cancelled.

Dated: October 26, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE