UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GENEVA AIKEN,

                    Plaintiff,

      -against-                               ORDER

                                        18 Civ. 11756 (GBD)
MTA NEW YORK CITY TRANSIT et al.,

                  Defendants.

------------------------------------- x
GEORGE B. DANIELS, United States District Judge:

Plaintiff's letter motion for a pre-motion discovery conference, (ECF No. 50), is DENIED without prejudice. Defendants letter motion for an extension of the deadline for submission of dispositive motions from January 8, 2021 to February 4, 2021 is GRANTED.

The Clerk of Court is directed to close the motions at ECF Nos. 50 and 51 accordingly.

Dated: January 4, 2021
       New York, New York

                                                        SO ORDERED.

                                                        GEORGE B. DANIELS
                                                        United States District Judge