UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GENEVA AIKEN,

                      Plaintiff,

   -against-

                                    ORDER

MTA NEW YORK CITY TRANSIT, DONALD
HOUSTON, *in his individual and official capacity*,   18 Civ. 11756 (GBD) (DCF)
PHAKESHIA MURPHY, *in her individual and
official capacity*, ALFRED CAMINERO, *in his
individual and official capacity*,

                    Defendants.
------------------------------------- x

GEORGE B. DANIELS, District Judge:

    In light of this Court's referral to Magistrate Judge Freeman for General Pretrial and Dispositive Motions, all conferences previously scheduled before Judge Daniels are cancelled.

Dated: February 10, 2021
       New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE