# EXHIBIT T

Statement

January 18, 2018

Jacob A. Goins
EEO Investigator
Office of Equal Employment Opportunity

RE: Geneva Aiken, SLD M38291

In conjunction with Harassment against my Religious Observance, there are seven coworkers that I know through discussion who approached me about what was said about me to get rid of me which stems from my Sunday religious observance change-of-day.

**SLD Valentino** (347) 513-9100 who works the hawk crew 10PM to 6AM at West Farm Depot consistently approached me in discussion about watch my back especially for me to look out for Ms. Phakeshia Murphy, General Support Services as she is *"out to get me"*. He also would discuss with me that *"all of the bosses don't like me"*. In truth, Patrick Bambury, AGM insulted me on or about August 2017 in the maintenance office as I just said good morning. He ignored me the first time as I thought he didn't hear me said good morning. The second time I said good morning he stated, " *You think everybody suppose to jump when you speak right*" I didn't respond then walked out of the maintenance office. Emilio Reyes, AGS screamed at me on many occasions to the point where I became felt intimidated and scared of both Mr. Bambury and Mr. Reyes. I found myself begging for their respect.

**SLD Rousseau** (917) 513-8224 who worked in general office stated to me on numerous occasions after my second pick and religious observance CDO, change-of-day off. He said, *"Ms. Aiken they trying to get rid of you because you come in here already with Sundays off, they don't like change the will get rid of you"*.

**Maldonado,** (203) 441-2273 a bus operator at West Farm Depot pulled me to the side on or about October 2017 as he told as he said, *"watch out because I see what Ms. Murphy, Reyes Emilio, AGS, Mr. Bambury, and Mr. Caminero are doing to you"*. He said, they don't like you because you are handling your job good. They never had a female do so good with the yard like this before".

Edward Stewart, (347) 203-7152 bus operator at West Farm Depot also from February 2017 to present would often pull me to the sidh. He said, *I don't know you that well but, I'm worried about you because I saw how Ms. Murphy, Mr. Reyes, and Mr. Bambury because you and I don't like it"*. He said, I see how they yell at you in the yard too". They ganging up on you". At this point I knew I was a target.



NYCTA000406

2

**Ms. Perry**, a bus operator at West Farm Depot who reports to me during Hawk Yard drove the BX15 route, approached me more than three times during my second pick religious observance CDO. She said, "Ms. Murphy and Mr. Reyes and Mr. Bambury asked me questions about you, "watch your back". "They want to get rid of you because you are a religious sister". "They plotting against you and I don't like it".

**Mr. Ochere**, (646) 750-4588 bus operator at West Farm stated to me as he said, "the boss question me about you, they wanted me to lie on you but I said with the grace of god I wouldn't do that".

**Mr. Guy**, another bus operator approach me while I was going home as I sat in my car. He said, " I know what's going on around here and you should be careful because word is out that Ms. Murphy, Mr. Reyes, and Mr. Bambury are teaming up against you". You're doing great in the yard and keep up the good work. "Don't give up".

The list of coworkers goes on and on.

Out of these discussions came write-ups after write-ups which were stemmed from retaliation against my religious observance. No matter what I did right, I was already targeted. All I needed was someone to hear my complaints. I'm very hurt with agony and pain today. All I do is cry to the point I may need to speak to a psychiatrist. I've been a victim of retaliation against what I believe in. It's not fair under equal employment opportunity.


Geneva Aiken, SLD