# EXHIBIT Y

**Goins, Jacob**

**From:** Goins, Jacob
**Sent:** Tuesday, January 16, 2018 10:11 AM
**To:** Andrews, Joel; Linzer, Alexander
**Cc:** Collins, Michael; Seda, Antonio
**Subject:** RE: Harrassment/ Religious Observance

Joel and Alex:

Pertaining her recent discussion, I am forwarding you the below email.

Best,
Jacob

**From:** Goins, Jacob
**Sent:** Tuesday, January 16, 2018 10:04 AM
**To:** Collins, Michael <Michael.Collins@nyct.com>; Seda, Antonio <Antonio.Seda@nyct.com>
**Cc:** Linzer, Alexander <Alexander.Linzer@nyct.com>
**Subject:** RE: Harrassment/ Religious Observance

Good morning. SLD Aiken (M38291) appeared as a "walk-in" this morning. She says she is being harassed based on her request for a religious observance and said that she already has G2s on the matter. I asked her to forward me the G2s, along with an email on her concerns. After we review them, we will conduct a follow up interview.

Jacob

**From:** Collins, Michael
**Sent:** Tuesday, January 16, 2018 9:56 AM
**To:** Seda, Antonio <Antonio.Seda@nyct.com>
**Cc:** Goins, Jacob <Jacob.Goins@nyct.com>
**Subject:** RE: Harrassment/ Religious Observance

Good morning. I just spoke to Ms. Aiken and thanked her for bringing this matter to our attention. She summarized her conversation with Mr. Goins this morning, and will provide him with the necessary materials to continue the process. I let her know she is in good hands.

Regards, Michael

**From:** Aiken, Geneva
**Sent:** Tuesday, January 16, 2018 5:53 AM
**To:** Collins, Michael <Michael.Collins@nyct.com>
**Cc:** Seda, Antonio <Antonio.Seda@nyct.com>
**Subject:** Harrassment/ Religious Observance

Good day Mchael D. Collins. I was given your information by Tom Burke, TSO.



EXHIBIT JJ

NYCTA000299

It is very urgent that I speak with you regarding Harrassment and my religious observance matter.
At your earliest convenience I can be reached at (347) 303-7713.

NYCTA000300