UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GENEVA AIKEN,

                      Plaintiff,

    -against-

MTA NEW YORK CITY TRANSIT, DONALD
HOUSTON, *in his individual and official capacity*,
PHAKESHIA MURPHY, *in her individual and
official capacity*, ALFRED CAMINERO, *in his
individual and official capacity*,

                      Defendants.
------------------------------------- x

ORDER

18 Civ. 11756 (GBD) (DCF)

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: SEP 15 2021]*

GEORGE B. DANIELS, District Judge:

    Defendants' objections to the Report and Recommendation, (ECF No. 70) shall be filed by September 27, 2021.

Dated: September 15, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE