**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENEVA AIKEN,

      Plaintiff,

  -v-

MTA NEW YORK CITY TRANSIT, DONALD
HOUSTON, In His Individual and Official Capacities,
PHAKESIA MURPHY, In Her Individual and Official
Capacities, ALFRED CAMINERO, In His Individual and
Official Capacities,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 CV. 11756 (GBD) (DF)

GEORGE B. DANIELS, United States District Judge:

A final pretrial conference is set for February 1, 2022 at 9:45 a.m.

Dated: New York, New York
   October 18, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge