

Beth L. Kaufman
646.723.1039 direct
bkaufman@schoeman.com

July 26, 2022

**BY ECF**

Hon. George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

     Re: ***Aiken v. MTA New York City Transit, et al.***;
       **Case No. 1:18-cv-11756-GBD**

Dear Judge Daniels:

    We write, with the consent of plaintiff's counsel (copied below), to request that the April 3, 2023 tentative trial date that you ordered for this matter on June 23, 2022 be rescheduled to June 5, 2023.

    I recently learned that the Passover holiday begins on the evening of April 4, 2023. The holiday is on April 5 and 6. I observe this holiday, and would not be working from midday on April 4 through 6. My apologies for not recognizing this sooner, but the holiday did not appear in my calendar. I discovered the omission two weeks ago and then conferred with counsel for plaintiff and our clients to determine what would be another suitable date for all.

    I understand from plaintiff's counsel that Ms. Aiken will be relieved of her teaching duties, and be available for trial any time after May 31. We therefore request that the tentative trial date be scheduled for June 5, 2023.

    We are available to confer about this with the Court by phone or videoconference, or in person, as the Court may desire.

       Respectfully yours,

       Beth L. Kaufman

cc: Gregory Calliste, Esq. (*via ECF*)