

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

May 10, 2023

**BY ECF**
Hon. George B. Daniels
United States District Court Judge
United States District Court, SDNY
500 Pearl Street, Room 1310
New York, New York 10007

    **Re**: *Aiken v. MTA New York City Transit, et al.*;
      **Docket No. 1:18-CV-11756 (GBD) (DF)**
      **Joint Request for Settlement Conference**

Dear Judge Daniels:

  This office represents Plaintiff Geneva Aiken in this matter.

  Respectfully, we write the Your Honor, with the agreement of Defendants, to request a settlement conference with the Court as discussed during the pretrial conference with Your Honor. Counsels believe that the Court may be able to bridge the gap between the Parties and/or, perhaps, be helpful in facilitating further discussions.

  In the above regard, as Plaintiff is currently in Georgia, Plaintiff advises that she would be able to appear for a conference remotely during the month of May.

  We thank Your Honor for your kind consideration. Please contact the Parties should you have any questions/concerns.

                Respectfully,

                Gregory Calliste, Jr.

**Cc: Beth Kaufman, Esq. (via email and ECF)**

**Cc:** Beth Kaufman, Esq. (by electronic mail to: <u>bkaufman@schoeman.com</u> and by ECF)