UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GENEVA AIKEN,

                          Plaintiff,

                -v-

MTA NEW YORK CITY TRANSIT,
DONALD HOUSTON, *in his individual and official capacities*, PHAKESIA MURPHY, *in her individual and official capacities*, and ALFRED CAMINERO, *in his individual and official capacities*,

                        Defendants.
------------------------------------- x

<u>ORDER</u>

18 Civ. 11756 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A pretrial conference is set for May 18, 2023, at 11:00 a.m.

Dated: New York, New York
       May 11, 2023

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge