Beth L. Kaufman
SCHOEMAN UPDIKE & KAUFMAN LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
*Attorneys for Defendants New York City Transit Authority*
*(s/h/a "MTA New York City Transit"),*
*Donald Houston, Phakeshia Murphy, and*
*Alfredo Caminero (s/h/a "Alfred Caminero")*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GENEVA AIKEN,

        Plaintiff,

  -against-

MTA NEW YORK CITY TRANSIT, DONALD
HOUSTON, *In His Individual and Official
Capacities*, PHAKESHIA MURPHY, *In Her
Individual and Official Capacities*, and ALFRED
CAMINERO, *In His Individual and Official
Capacities*,

        Defendants.
-----------------------------------------------------------------X

Case No.: 1:18-CV-11756-GBD-DF

**NOTICE OF MOTION**
***IN LIMINE***

      PLEASE TAKE NOTICE that upon the declaration of Beth L. Kaufman executed on May 11, 2023, together with the exhibits attached thereto, the accompanying memorandum of law, and the prior pleadings and proceedings herein, defendants New York City Transit Authority (the "Transit Authority") (s/h/a MTA New York City Transit), Donald Houston, Phakeshia Murphy, and Alfredo Caminero (s/h/a "Alfred Caminero") (collectively, the "Defendants"), by their

1

attorneys, Schoeman Updike & Kaufman LLP, shall move this Court, before Hon. George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 1310, New York, New York 10007, on a date and at a time to be set by the Court, for an order granting Defendants' motion *in limine* to preclude the introduction of certain evidence that plaintiff Geneva Aiken may seek to offer at trial, on the grounds that the evidence is either irrelevant to the limited claims left to be tried in this action, or, if relevant, its introduction will likely cause jury confusion and be prejudicial to Defendants, and granting such other and further relief as the Court deems just and proper.

Dated:   May 11, 2023

                                             SCHOEMAN UPDIKE & KAUFMAN LLP

                                             By: _____
                                                     Beth L. Kaufman
                                             551 Fifth Avenue, 12th Floor
                                             New York, NY 10176
                                             (212) 661-5030
                                             bkaufman@schoeman.com

                                             *Attorneys for Defendants New York City Transit Authority (s/h/a "MTA New York City Transit"), Donald Houston, Phakeshia Murphy, and Alfredo Caminero (s/h/a "Alfred Caminero")*