# EXHIBIT A

**From:** Aiken, Geneva
**Sent:** Wednesday, July 12, 2017 2:38 PM
**To:** Dhuman,John P <John.Dhuman@nyct.com>
**Subject:** Evaluations on a Fair Chance

    Goodday John Dhuman, Deputy General Manager. I met you once at your West Farm Depot facility door entrance near elevator when you was speaking with Darryl C. Irick, NYCT Acting President. Mr. Irick asked me did I knew who you are at that instance. Yes now I know who you are.
First I want thank you for being a part of your team here at West Farm Depot as a new dispatcher.
I'll get straight to the point. I believe that I'm not going to get a fair chance at my promotion to dispatcher under the circumstances that on February 23, 2017, I submitted a G-2 statment regarding an issue with training (see G-2 statement) to Donald Houston, former GS Transportation. Since this G-2 statement, I believe I'm a victim of retaliation. The retaliation starts with Phakeshia Murphy, GS suoport Services.
    I observed Ms. Murphy read my G-2 statement in front of Mr. Houston. A week later Ms. Murphy and Mr. Houston called me in to Ms Murphy's office to dicussed Deviation sheet discrepancies I held until I got clarification on them. I observed both Ms. Murphy and Mr. Houston looked at each other as Mr. Houston stated, " Yes send her back to her tools" which was not the first time I heard him stated that to me. Ms. Murphy even asked me would I like to go back to Zerega for training. I stated, "No" because I didn't know what that meant.
On July 6, 2017, during my second evauation Ms. Murphy had wrote me up with a letter in my file without my kbowing of the situation and possibly a corrective action track for me. At this point I believe I will not get a fair chance as promotion to dispatcher at the end of my probation something that Im giving all my might and able body can produce thus far. I currently have perfect attendace which Im searching and not pointing fingers as to what is really going on.
On February 11,12, and19, 2017, I emailed Ms. Murphy as well as Mr. Reyes, AGS Transportation to keep abreast on training matters. I loved the challenges I faced in the Crew ( All shifts), the Yard(All shifts), the General (All shifts), Bus Trek( All shifts), Bronx road post and time points( All shifts) and Bronx road control(All shifts) all of which my work ethics allowed me. In other words, I wanted to be aware of corrective actions if need be to progess and move forward.
On July 10, 2017 Ms. Murphy spoje with me briefly about going in on my own time to get more experience in the crew, yard, and general. I went in in July 11, 2017, my RDO to look at some of the duties I will be resposible for on my new pick. I mentioned to Ms. Murphy the 2017 Mandated Training/Certification. She stated, "Dont do the training because you're off today." "Do that when you come to work". I agreed. She also stated, "Are you done, you can leave now." I felt as though I was being excused out of the same emwork area in which I was told to come in on my own time to familiarize myself with the new pick effective July 9, 2017.

Next, I was asked a question by Delphine Paige, AGS Road Control as she stated, " How many years you drove the bus". I stated, "five years". She said, " Well I drove for seven years and maybe you need to go back to driving the bus the learn the road some more". I this time I believe Im not going to get a fair chance at my promotion to dispatcher.

If you can look in to this matter as to what is really going in because due to my perfect

**NYCTA000394**

attendance (any shift is good for me) Im trying to see where the problem lies. If it's me then I want to own up to it and not pointing the finger at no one else.

Thank you in advance for your surmountable leadership for all MTA employees.

NYCTA000395

Fw: Crew, Yard, General Training - jennyaiken48@gmail.com - Gmail                     Page 1 of 2

Gmail                                                                                      More

COMPOSE          Fw: Crew, Yard, General Training    Inbox

Inbox (412)      **Aiken, Geneva**
Starred          to me
Sent Mail
Drafts (7)       From: Aiken, Geneva
Junk             Sent: Sunday, February 19, 2017 7:06:24 AM
Unwanted (1)     To: Reyes, Emilio
More             Cc: Haruna, Amadu
                 Subject: Crew, Yard, General Training

                 Good morning Mr. Reyes  Thank you for your leadership on the AM, PM, & the Hawk crew and yard training thus far   Hands-on training for me has been
Jenny            crew, yard, and general.  I believe my notes, hands-on, and possibly mta manuals will make the job effective as a whole.

BLOCK CULLEN     What's Next

joseph myrick    Next, I look forward to learning the general which will balance my training in conjunction with the crew and yard
Do this with me married
                 Again, thank you for your leadership on Saturday's training review
dawn sobers
You Ok           **Aiken, Geneva**
                 to me

                 From: Aiken, Geneva
                 Sent: Sunday, February 19, 2017 6:49:39 AM
                 To: Reyes, Emilio
                 Subject: Crew, Yard, General Training

                 Good morning Mr. Reyes  Thank you for your leadership on the AM, PM & the Hawk crew, and yard training thus far   Hands-on training for me has been
                 yard, and general  I believe my notes, hands-on, and possibly mta manuals will make the job effective as a whole

                 What's next
                 Next I look forward to learning the general which will balance my training in conjunction with the crew and yard

                 Click here to Reply or Forward


                 0.16 GB (0%) of 10 GB used                                                       Terms · Privacy
                 Manage