# EXHIBIT C



# New Life Christian Center

a Subsidiary of New Life Ministries, Inc.
167 Fulton Ave, Hempstead NY 11550
PH:(516) 414-0358  FAX:(516) 414-0357
www.newlifechristianc.org • onenewlife@verizon.net

**Apostle Dr. Katherine Corbett**
SENIOR PASTOR/FOUNDER



ASSISTANT PASTORS
Eddie B. Corbett
Jerry Bivens
Jamie Morrison

ADMINISTRATIVE ASSISTANT
Debra Robinson

CHURCH CLERK
Ronneek Deale

December 29, 2017

Danielle Brogan
Director, Collective Bargaining
Office of Labor Relations
NYC Transit

Re: Geneva Aiken

Dear Ms. Brogan,

Please be advised this letter serves at official notification for the calendar year 2018 attesting the following:

Ms. Geneva Aiken is a faithful, active and longstanding member of New Life Christian Center which is located at 167 Fulton Avenue, Hempstead, NY 11550.

New Life Christian Center is a non-denominational Christian church which observes the Sunday sabbath beginning at 12:01am. Our members are expected to be in attendance as it is mandated in the commandments to remember to keep the Sabbath day holy.

New Life Christian Center does not offer an alternative service in lieu of our Sunday service.

Please contact me if you have any questions or concerns regarding the above.

Sincerely,

*Dr. K Corbett*

Apostle Dr. Katherine Corbett
Senior Pastor

NYCTA000044

M38-291



*Assistant Pastors:*
EDDIE B. CORBETT
JERRY BIVENS
JAMIE MORRISON

# New Life Christian Center

*A Subsidiary of New Life Ministries, Inc.*
167 Fulton Avenue, Hempstead, NY 11550
Post Office Box 9
West Hempstead, N.Y. 11552

DR. KATHERINE CORBETT
*Senior Pastor*
(516) 414-0358
FAX
(516) 414-0357



DEBRA ROBINSON
*Administrative Assistant*

RONNEEK DEALE
*Church Clerk*

JANUARY 4, 2016

Danielle Brogan
Director, Collective Bargaining
Office of Labor Relations
NYC Transit

Re: Geneva Aiken

Dear Ms. Brogan,

Please be advised, this letter hereby attests to the following:

- Ms. Geneva Aiken is a faithful, active, longstanding member of New Life Christian Center which is located at 167 Fulton Avenue, Hempstead New York.

- New Life Christian Center is a non-denominational Christian church which observes the Sunday Sabbath beginning at 11:00am Sunday mornings. Our members are expected to be in attendance, as it is mandated in the commandments to "Remember to keep the Sabbath day to keep it holy"

- New Life Christian Center does not offer an "alternative service" in lieu of our Sabbath service on Sundays.

Please contact me if you have any questions or concerns regarding the above.

Sincerely,

Katherine Corbett
Senior Pastor

*To God Be The Glory For The Things He Has Done*

NYCTA000062




# New Life Christian Center
*A Subsidiary of New Life Ministries, Inc.*
167 Fulton Avenue, Hempstead, NY 11550
Post Office Box 9
West Hempstead, N.Y. 11552

APOSTLE DR. KATHERINE CORBETT
*Senior Pastor / Founder*
(516) 414-0358
FAX
(516) 414-0357

*Assistant Pastors:*
EDDIE B. CORBETT
JERRY BIVENS
JAMIE MORRISON

DEBRA ROBINSON
*Administrative Assistant*

RONNEEK DEALE
*Church Clerk*

July 2, 2017

Danielle Brogan
Director, Collective Bargaining
Office of Labor Relations
NYC Transit

Re: Geneva Aiken

Dear Ms. Brogan,

Please be advised this letter serves at official notification for the calendar years 2017 and 2018 attesting the following:

Ms. Geneva Aiken is a faithful, active and longstanding member of New Life Christian Center which is located at 167 Fulton Avenue, Hempstead, NY 11550.

New Life Christian Center is a non-denominational Christian church which observes the Sunday sabbath. Our members are expected to be in attendance as it is mandated in the commandments to remember to keep the Sabbath day holy.

New Life Christian Center does not offer an alternative service in lieu of our Sunday service.

Please contact me if you have any questions or concerns regarding the above.

Sincerely,

Apostle Dr. Katherine Corbett
Senior Pastor

*To God Be The Glory For The Things He Has Done*

NYCTA000097

M38291



# New Life Christian Center

*A Subsidiary of New Life Ministries, Inc.*
167 Fulton Avenue, Hempstead, NY 11550
Post Office Box 9
West Hempstead, N.Y. 11552

**DR. KATHERINE CORBETT**
*Senior Pastor*
(516) 414-0358

FAX
(516) 414-0357



*Assistant Pastors:*
EDDIE B. CORBETT
JERRY BIVENS
JAMIE MORRISON

DEBRA ROBINSON
*Administrative Assistant*

RONNEEK DEALE
*Church Clerk*

JANUARY 4, 2016

Danielle Brogan
Director, Collective Bargaining
Office of Labor Relations
NYC Transit

Re: Geneva Aiken

Dear Ms. Brogan,

Please be advised, this letter hereby attests to the following:

- Ms. Geneva Aiken is a faithful, active, longstanding member of New Life Christian Center which is located at 167 Fulton Avenue, Hempstead New York.

- New Life Christian Center is a non-denominational Christian church which observes the Sunday Sabbath beginning at 11:00am Sunday mornings. Our members are expected to be in attendance, as it is mandated in the commandments to "Remember to keep the Sabbath day to keep it holy"

- New Life Christian Center does not offer an "alternative service" in lieu of our Sabbath service on Sundays.

Please contact me if you have any questions or concerns regarding the above.

Sincerely,

Katherine Corbett
Senior Pastor

*To God Be The Glory For The Things He Has Done*

NYCTA000098