# EXHIBIT D

# APPLICATION ACCESS REQUEST FORM

## PART A – USER INFORMATION – *PRINT CLEARLY*

☒ New System User ☐ Change/Update ☐ Delete User

| | | | |
|---|---|---|---|
| Last Name: Aiken | First Name: Geneva | Novell User ID (Mandatory): U316Q09 | Pass No: M33291 |
| Division/Depot/Facility: Buses West Farm | R/C (Mandatory): | | Title: SLD |
| Email: genevaaiken@nyct.com | Telephone No: REDACTED | | Work Cell (If Applicable): |

## PART B – DOBIC APPLICATION ACCESS REQUEST

Select a DOB Application as show below: Then indicate which depot you require access to. If you need BCC access select "BCC". Next select as Profile e.g. – BCC Manager, 19A Dispatcher, Yard Dispatcher, etc.

| | Profile | Depot |
|---|---|---|
| ☐ ALPS (Sick Leaving Tracking) | | |
| ☒ Accidents and Convictions (Training and Safety) | | |
| ☒ Briefs (Please indicate MTA or OA/TA) | | |
| ☒ Yard Dispatcher Road Call Data Entry System | | |
| ☒ Road Call (Please indicate MTA or NYCT) | | |
| ☒ Check Rides Request | | |
| ☒ Synopsis | | |
| ☒ LENS (DMV Alerts) | | |
| ☐ Other | | |

## PART C – REQUIRED SIGNATURES

User's Signature: [signature]   Date: 2-1-17
Supervisor's Signature: [signature]   Date: 2/1/17
Supervisor's Name: Phakeshia Murphy   Pass No: M33156 Tel: 718-315-7572

## PART D – ADMINISTRATOR USE ONLY

User ID: _____   Create / Mod / Disable   Date: _____
Admin Name: _____   Admin Signature: _____

E-mail <u>completed and signed</u> form to the IT Service Desk South at ITServiceDeskSouth@mtahq.org

Your ticket will then be routed to the EA BUS APPS SECURITY REQUEST Resolver Group for processing



# Information Technology

## Folder Access / Move Modification Form

Date: 1/24/17

User's name (Last, First, M.): Askew, Andrew     Dept: Buses     Pass Number / BSC ID / If Contractor N/A: M38291 / 9173118

Title: SLD     Phone Number: REDACTED     Room/Cubicle:

Work Location: West Farms     Computer Asset Tag Number: MTAA

User ID / AD Account (Required): _____

[✓] Request for Shared Drive Permissions     Please check one: [ ] Add Shared Drive Permissions  [ ] Modify Shared Drive Permissions  [ ] Remove Drive Permissions

Shared Drive Full Share Path Information (Required): Bus_share\\Transit\(NYCT)(T)\WFR_Depot

[ ] Read Only  [ ] Read & Write     UserID to Clone for Shared Drive Permission: _____

Moving From: _____     Moving To: _____

### Part B - USER ACKNOWLEDGMENT

I acknowledge that I have received and read NYC Transit LAN Operating Procedures ISC024 (available on TENS). By singing this Request Form I agree to abide by this Operating Procedure. I also acknowledge that any tasks performed on the NYCT LAN/WAN and e-mail are subject to monitoring by ICSS. Note that using the network resources for non-business related purposes could result in your access being revoked and/or disciplinary action.

User's Signature: _[signed]_     Date: 1/24/17

### Part C – DEPARTMENT HEAD (Data Owner) APPROVAL

Print Manager's Name and Title: Phakeshia Murphy GSSS     Pass Number: M33156

Phone Number: 718-319-7572     Dept.: Buses     Address: 1100 E. 177th St Bronx, NY

Signature: _[signed]_     Date: 1/31/17

Upon approval, forward to (IT Service Desk) by e-mail (scanned copy) to ITServiceDeskSouth@mtahq.org

MTA, Information Technology Department

**Reyes,Emilio**

| | |
|---|---|
| **From:** | Aiken, Geneva |
| **Sent:** | Monday, October 16, 2017 5:32 AM |
| **To:** | Reyes,Emilio; Caminero, Alfredo |
| **Subject:** | Authorized Personnel |

Good day GS Reyes. As per our conversation Friday night in reference to the copy machine when I was asked by other staff members ( four) to enter General Office to make copies. Due to sign on crew and general door entrance which I consciously abided and being the only dispatcher in crew and general office at the time I secured the area. Also GSS office door is always open during hawk hours as well. However, I was never asked to make copies at the time as I had BO at window for schedule pullouts.

If you will I request something in writing who is allowed in crew and general area doing hawk hours.

1