UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENEVA AIKEN,

      Plaintiff,

  -v-

MTA NEW YORK CITY TRANSIT,
DONALD HOUSTON, *in his individual and official capacities*, PHAKESIA MURPHY, *in her individual and official capacities*, and ALFRED CAMINERO, *in his individual and official capacities*,

      Defendants.

------------------------------------- x

ORDER

18 Civ. 11756 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Trial is hereby adjourned from June 5, 2023 to June 6, 2023 at 9:45 a.m.

Dated: New York, New York
   May 4, 2023

SO ORDERED. **MAY 1 8 2023**

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge