UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENEVA AIKEN,

                      Plaintiff,                  ORDER

               -against-                  18 Civ. 11756 (GBD)

MTA NEW YORK CITY TRANSIT,
DONALD HOUSTON, *in his individual and official capacities*, PHAKESIA MURPHY, *in her individual and official capacities*, and ALFRED CAMINERO, *in his individual and official capacities*,

                    Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that the parties have reached a settlement in this matter hereby directs the Clerk of Court to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: New York, New York
         June 6, 2023

                                                        SO ORDERED.

                                                        GEORGE B. DANIELS
                                                        United States District Judge